IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:12-CR-30102-NJR |
| | ) |
| ANTONIO L. WHITE, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**ROSENSTENGEL, District Judge:**

Defendant Antonio White filed a pro-se motion to reduce his sentence under Amendment 782 on January 7, 2015 (Doc. 42). Assistant Federal Public Defender Thomas Gabel voluntarily entered his appearance on behalf of Defendant White (Doc. 45). Subsequently, Mr. Gabel filed his Motion to Withdraw claiming Defendant White does not qualify for a reduction under Amendment 782 as he was sentenced as a career offender (Doc. 46). Defendant White was given an opportunity to respond (Doc. 50), but he did not do so.

A district court has the authority to modify a sentence where a defendant was sentenced to a term of imprisonment based on a guideline range that was subsequently lowered as a result of an amendment to the United States Sentencing Commission Guidelines Manual. 18 U.S.C. § 3582(c)(2); U.S. SENTENCING GUIDELINES MANUAL, § 1B1.10(a)(1). A reduction is not authorized, however, if the amendment does not have the effect of lowering the defendant's applicable guideline range. GUIDELINES MANUAL §

1B1.10(a)(2)(B). Amendment 782, which became effective on November 1, 2014, modified the Drug Quantity Table in § 2D1.1 of the Guidelines Manual. It reduced by two levels the offense level assigned to drug quantities, resulting in a lower guideline sentencing range for most federal drug trafficking offenses.

Unfortunately for Defendant White, he was not sentenced under § 2D1.1. Instead, he was sentenced as a career offender under § 4B1.1(b) (Doc. 31, 34). As a result, his guideline range does not change under Amendment 782, and a sentence reduction under § 3582(c)(2) is not authorized. *See, e.g., United States v. Thomas*, 775 F.3d 982, 983 (8th Cir. 2014) ("Amendment 782 amended § 2D1.1. It did not lower the sentencing range established for a career offender by § 4B1.1.").

Accordingly, Mr. Gabel's Motion to Withdraw (Doc. 46.) is **GRANTED.** Defendant White's Motion to Reduce Sentence (Doc. 42.) is **DENIED.**

**IT IS SO ORDERED.**

**DATED: May 20, 2015**

                                    s/ Nancy J. Rosenstengel
                                    **NANCY J. ROSENSTENGEL**
                                    **United States District Judge**